# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Margie Bustillos Lopez,

Vs. No. 11-13-00081-CR

The State of Texas,

* From the 142nd District
  Court of Midland County,
  Trial Court No. CR38607.

* April 18, 2013

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.